IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL LEE MALONEY,
    Plaintiff,

vs.                                          Case No.: 3:13cv356/LAC/EMT

STATE OF FLORIDA,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

       This is an action pursuant to 42 U.S.C. § 1983 (*see* docs. 1, 3, 4). By order of this court dated October 3, 2013, Plaintiff was given thirty (30) days in which to file an amended complaint, or alternatively, a notice of voluntary dismissal (*see* doc. 12). Plaintiff failed to file an amended complaint or notice of voluntary dismissal; therefore, on November 13, 2013, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 14). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file an amended complaint, a notice of voluntary dismissal, or other response.

       Accordingly, it is respectfully **RECOMMENDED**:

       That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

       At Pensacola, Florida, this 17th day of December 2013.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**